IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYNTHIA PUGH, | : | 1:18-cv-119 |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| | : | |
| PENNSYLVNAIA OFFICE OF THE | : | |
| ATTORNEY GENERAL, | : | |
| Defendant. | : | |

# ORDER

**January 30, 2019**

The parties' Joint Motion to Extend All Scheduling Order Deadlines (Doc. 29) is hereby **GRANTED** as follows:

1. All previously issued case management dates are **VACATED** and the following dates shall **APPLY:**

   | | |
   |---|---|
   | Discovery Deadline | April 30, 2019 |
   | Dispositive Motions Deadline | June 3, 2019 |
   | Pretrial Conference | September 3, 2019 |
   | Jury Selection | October 2, 2019 |

2. All expert discovery deadlines are likewise extended by sixty (60) days.

s/ John E. Jones III
John E. Jones III
United States District Judge